**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**SEP 24 1997**

**PATRICK FISHER**
**Clerk**

UNITED STATES COURT OF APPEALS

TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CEDRIC DONNELL BROOKS, also
known as Scout, also known as Adonis
Bailey,

    Defendant - Appellant.

No. 96-1407

(D.C. No. 95-CR-472-A)

(D. Colorado)

---

ORDER AND JUDGMENT[*]

---

Before **TACHA, MCKAY** and **MURPHY**, Circuit Judges.

---

Mr. Brooks' appeal is dismissed without prejudice, pursuant to United States v. Galloway, 56 F.3d 1239, 1240 (10th Cir. 1995) (en banc).

    **DISMISSED**.

Entered for the Court

Monroe G. McKay
Senior Circuit Judge

---

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.